UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

vs.                                              CASE NO: 8:11-cr-323-T-EAK-TBM

ROBERT MICHAEL CLAWSON
_____/

**Order Granting Defendant's Unopposed Motion for Prison-Term Reduction Under 18 U.S.C. § 3582(c)(2) Based on USSG Amend. 782**

Before the Court is the defendant's motion to reduce his prison term under 18 U.S.C. § 3582(c)(2) based on USSG Amend. 782, a retroactive guideline amendment, *see* USSG §1B1.10(d) (2014). Doc . 715. Additionally, the defendant's appointed counsel has filed a motion to reduce the sentence in which he argues that the Court should reduce the sentence to 92 month. Doc. 793. The United States does not oppose a reduction but does oppose the calculation of the reduction as suggested by the defendant. Doc. 806. The parties stipulate that he is eligible for a reduction because Amendment 782 reduces the guideline range applicable to him, *see* USSG §1B1.10(a)(1). The Court agrees that he is eligible for a reduction and adopts the amended guideline calculations in the response of the government and the calculations of the February 12, 2015 memorandum from the United States Probation Office in light of the factors in 18 U.S.C. § 3553(a) and the need to consider the nature and seriousness of any danger posed by a reduction, *see* USSG §1B1.10, comment. (n.1(B)(ii)), The Court finds that a reduction of 15 months is warranted. Consistent with USSG §1B1.10(e)(1), and in light of the practical difficulties of a possible release date on Sunday, November 1, 2015, the effective date of this order is November 2, 2015.

Thus:

1. The Court grants the defendant's motions in part but accepts the government's calculation of the reduction, Docs. 715 and 793.

2. The Court reduces the defendant's prison term from 110 to 95 months or time served, whichever is greater.

3. The effective date of this order is November 2, 2015.

**DONE** and **ORDERED** in Chambers, Tampa, Florida on August 4, 2015.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record
Magistrate Judge
United States Marshals Service
United States Probation Office
United States Pretrial Services